IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SIGMOND WILLIAMS                                                              PLAINTIFF

v.                                          No. 3:06CV00200 GH

EAST ARKANSAS FAMILY HEALTH CENTER, ET AL.              DEFENDANTS

### ORDER

Pursuant to General Order 29(A)(4), the Clerk's Office, on November 3rd, approved plaintiff's application to proceed *in forma pauperis* ("IFP") and his complaint was filed. In accordance with that provision, the matter of plaintiff's indigency status was referred to this Court for review.

The motion reflects that plaintiff was last employed on June 26th at a position that paid $40,000 a year, he has not received any money from any other source within the past twelve months, he has $25.00 in cash/checking/savings accounts, he does not have ownership in any valuable property, and he pays for the lights and cable bills of his grandmother. As it is clear that plaintiff must be receiving money or some type of support from some source(s) in order to obtain housing, food, clothing, and telephone as well as other necessities of life, plaintiff is directed to file a supplemental IFP motion that addresses the Court's concerns about the source(s) of his financial support within thirty (30) days of the file-date of this order. Plaintiff is placed on notice that the

-1-

failure to comply with this directive will result in the revocation of his current *in forma pauperis* status.¹  The Clerk will provide plaintiff with a blank IFP motion.

    IT IS SO ORDERED this 7th day of November, 2006.

                                                          *George Howard, Jr.*
                                               UNITED STATES DISTRICT JUDGE

---

¹Plaintiff is reminded that Local Rule 5.5(c)(2) provides:

    It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute the action diligently.  A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number.  If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.