# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

SIGMOND WILLIAMS

vs.                                NO. 3:06CV00200 SWW

EAST ARKANSAS FAMILY HEALTH
CENTER, INC., ET AL

<u>**ORDER**</u>

The Court's attention has been directed to the fact that plaintiff herein is presently proceeding <u>pro</u> <u>se</u>.

The purpose of this Order is to direct plaintiff's attention to the fact that plaintiff is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court.  Failure to so comply   <u>can</u> result in dismissal of plaintiff's claim.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas.   Plaintiff is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on plaintiff by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 13th day of November, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE