### *IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**


SIGMOND WILLIAMS

vs.                                        NO. 3:06CV00200 SWW

EAST ARKANSAS FAMILY
HEALTH CENTER, INC., ET AL


<u>ORDER</u>

By order entered April 10, 2007, Judge George Howard, Jr., now deceased, directed the parties to file a pretrial disclosure sheet by April 3, 2008. Since the bench trial of this matter is scheduled to commence on April 7, 2008, the parties are directed to file their pretrial disclosure sheets by March 27, 2008.

Plaintiff is proceeding *pro se* and again is reminded that he has a duty to prosecute this action diligently, and failure to comply with any orders of this Court can result in dismissal of plaintiff's claim.[1]

IT IS SO ORDERED this 18th day of March, 2008.


<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE

---

[1]Though an order was entered on November 13, 2007, advising plaintiff of his responsibility as a *pro se* party, the mail containing that order was returned as undeliverable.