IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| SIGMOND WILLIAMS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:06CV00200 SWW |
| | * | |
| EAST ARKANSAS FAMILY HEALTH CENTER; ROBERT BEARD; SUSAN WARD; CHARLES HOLDEN; and VANESSA WHITAKER; | * * * * | |
| | * | |
| Defendants. | * | |

**Order**

The Court held a telephone conference on this day with the attorney who represented plaintiff for the purposes of negotiating the monetary terms of a settlement agreement and defendants' attorney. Based upon representations made during the telephone conference, the Court finds the case has been settled, and the Court hereby dismisses the case with prejudice.

If plaintiff wishes to challenge the restraining order obtained against him by defendants, he may bring an action in the Arkansas courts. The restraining order was not issued by this Court, and plaintiff's counsel for negotiating the settlement had no knowledge of the restraining order until after the parties had agreed upon the terms of settlement.

IT IS THEREFORE ORDERED that this complaint is dismissed with prejudice. Defendants' motion to enforce the settlement agreement [docket entry 33] is denied as moot.

DATED this 2nd day of April 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE